# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| McGoldrick Construction Services Corporation ) | ASBCA No. 59253 |
| ) | |
| Under Contract No. W9126G-09-D-0098 ) | |

APPEARANCES FOR THE APPELLANT:    Douglas L. Patin, Esq.
Lisa A. Markman, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Cindy E. Shimokusu, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Fort Worth

## OPINION BY ADMINISTRATIVE JUDGE DICKINSON

The parties have filed a joint motion for the Board to adopt their settlement of this appeal which was processed under Board Rule 12.3. It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $71,071.00. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from 15 August 2014 until date of payment.

Dated: 13 August 2014

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 59253, Appeal of McGoldrick Construction Services Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals